UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN B. KREISBERG, Regional Director, Region 1, National Labor Relations Board, for and on Behalf of the NATIONAL LABOR RELATIONS BOARD, Petitioner<br><br>vs.<br><br>EMERALD GREEN BUILDING SERVICES, LLC, Respondent | C.A. No. 1:15-cv-13395 |

MOTION FOR VOLUNTARY DISMISSAL

Counsel for the Petitioner, Jonathan B. Kreisberg,[1] Regional Director for Region 1 of the National Labor Relations Board (the "Board") (the "Petitioner") respectfully moves for the voluntary dismissal with prejudice of this case pursuant to Federal Rule of Civil Procedure 41(a)(2). In support thereof, Petitioner states as follows:

1. On September 21, 2015, Petitioner filed a Petition for Temporary Injunction Under Section 10(j) of the National Labor Relations Act (Docket No. 1).

2. On October 26, 2015, the Court entered a Temporary Injunction pending a final determination of the administrative proceedings before the Board in Case Nos. 01-CA-147341 and 01-CA-147345 (Docket No. 19).

3. On August 26, 2016, the Board issued its Decision and Order in Case Nos. 01-CA-147341 and 01-CA-147345. It is attached as Exhibit A.

4. As a result of the Board's Decision and Order obviating and extinguishing the need for injunctive relief, Petitioner seeks dismissal of the current matter before this Court.

---

[1] The current Regional Director of Region 1 is John J. Walsh, Jr.

*Motion allowed.* /s/ NM Gorton, USDJ 9/20/16