UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**National Labor Relations**        )
**Board et al,**                    )
            **Plaintiff,**   )   Civil Action No.
                                    )   1:15-cv-13395-NMG
                                    )
**v.**                              )
                                    )
**Emerald Green Building**          )
**Services, LLC,**                  )
                                    )
                                    )
            **Defendant.**   )
_____ )


ORDER OF DISMISSAL

      Gorton   D.J.

In accordance with the Court's Order dated 9/20/2016 granting the PLaintiff's motion to dismiss (dkt. no. 46), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


     9/20/2016                                     By the Court,
       Date


                                                /s/Stephanie Caruso
                                                 Deputy Clerk